In the Matter of the Transfer Tax upon the Estate of SARAH E. FURNALD, Deceased.

HENRY N. FURNALD et al., as Executors, et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Transfer tax — grouping of amounts passing under decedent's will with amount of trust account in name of decedent and of amount passing under decedent's will with amount passing under a power of appointment exercised by decedent.*

*Matter. of Furnald,* 196 App. Div. 933, affirmed.

(Argued October 3, 1921; decided October 18, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department,

entered April 15, 1921, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Sarah E. Furnald, deceased. The questions raised are as to the correctness of the order fixing the transfer tax, in arriving at the graded rate of tax as to Henry Randall Ashby in adding to the amounts received under decedent's will the amount of a trust account in the name of the decedent in trust for him, and also the correctness for the same purpose as to Henry Natsch Furnald, in adding to the amount of the individual property of the decedent received by him under the will of the decedent, the amount passing under a power of appointment exercised by decedent in the same will. Appellants contend that the tax on each of said amounts should have been separately computed and a separate exemption allowed as to each.

*Richard Kelly* for appellants.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.